UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>PARDINI GENERAL PARTNERSHIP; ROSINA MARTINEZ; and Does 1-10,<br><br>    Defendants. | Case: 2:13-CV-02489-JAM-CKD<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

**<u>ORDER</u>**

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 2/24/2015        /s/ John A. Mendez_____

                              HONORABLE JOHN A. MENDEZ

                              UNITED STATES DISTRICT COURT JUDGE